

FILED
CLERK, U.S. DISTRICT COURT
OCT 11 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Douglas Alarcon Zamora DEFENDANT(S). | CASE NUMBER CR 11-281 GHK ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _October 12_, _2016_, at _2:00_ ☐ a.m. / ☒ p.m. before the Honorable _Eick_, in Courtroom _out y_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _10/11/16_ _____
U.S. District Judge/Magistrate Judge